# Emily Blozinski

1639 Shallow Creek Ct  
Green Bay, WI 54313

Home: 920-471-2035  
emily.blozinski@mymail.nwtc.edu

## Summary
Energetic and motivational Registered Nurse and leader dedicated to driving top-quality patient care. Looking for a position in a top-notch facility with a commitment to innovative processes.

## Experience

**Clinical Care Coordinator** — 11/2017 — Current  
Correct Care Solutions LLC — Nashville, TN
- Corresponds with operations staff to ensure key client deliverables and revenue goals are met.
- Evaluate accuracy and compliance of all documentation and reports.
- Evaluate patient care needs, prioritize treatment and maintain patient flow.
- Evaluate nursing notes to confirm accuracy of described care provided and patient responses.
- Develope and supervise staff by providing orientation, training, support and direction.
- Minimize staff turnover through appropriate selection, orientation, training, staff education and development.
- Review and approve time cards for processing by payroll department.

**Licensed Practical Nurse** — 08/2014 — 11/2017  
Correct Care Solutions LLC — Nashville, TN
- Assessed patients in active withdrawal and provided interventions to manage physical and psychological withdrawal symptoms.
- Assessed patients by measuring and recording vital signs and collecting specimens for lab analysis.
- Administered medications and therapies in accordance with physicians orders.
- Helped physicians examine and treat patients by assisting with instruments, injections and suture removal.
- Communicated extensively with patients to provide assistance, support and instructions.

**Licensed Practical Nurse** — 08/2013 — 12/2014  
Consulate Health Care - Parkview Manor — Green Bay, WI
- Administered patient care to 30 patients by initiating preventative and rehabilitative interventions, assisting patients with activities of daily living (ADL), positioning, mobilization and administer medications in accordance with physicians orders.
- Managed wound care, gave respiratory treatments and helped with non-invasive procedures.

**Research Assistant** — 06/2012 — 08/2014  
Bellin Health Systems — Green Bay, WI
- Collaborated closely with healthcare professionals to monitor and assess the quality and effectiveness of drugs or drug regimens.
- Educated clinical study participant and addressed concerns.
- Updated and maintained information accuracy within the patient database.

## Education and Training

**Nursing-Associate Degree: Northeast Wisconsin Technical College** — 2019  
Green Bay, WI

**Licensed Practical Nurse: Northeast Wisconsin Technical College** — 2012  
Green Bay, WI
- Licensed in the State of Wisconsin, October 2012

**Bachelor of Arts: Lakeland College - Business Administration** — 2005  
Plymouth, WI

## Certifications
- Basic Life Support (BLS) Certification 09/2018-09/2020
- Licensed Practical Nurse in State of Wisconsin, Granted 10/19/2012 Expiration 4/30/2019

EXHIBIT 55



BLOZINSKI  
DATE: 7-2-19  
EXHIBIT NO: 19 RPTR: CSP  
BAY REPORTING SERVICE, INC.