# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF WISCONSIN

**ESTATE OF RUTH FREIWALD, et al.,**
                        Plaintiff(s),

                v.                      **TELEPHONE SCHEDULING CONFERENCE**
                                                            Case No. 18-C-896

**ADEYEMI FATOKI, et al.,**
                        Defendant(s).

---

HONORABLE WILLIAM C. GRIESBACH presiding            Time Called: 9:32 a.m.
Proceeding Held: December 2, 2020                          Time Concluded: 9:37 a.m.
Deputy Clerk: Cheryl                                                           Tape: 120220

**Appearances:**

    **Plaintiff(s):**    Dixon R. Gahnz and Nicole Auerbach

    **Defendant(s):**    Maria Schneider on behalf of Adeyemi Fatoki
                          Andrew Roth on behalf of Emily Blozinski, Correct Care Solutions, LLC, and Jessica Jones

---

The parties request an August, 2021 trial date. The parties are concerned with Covid restrictions and states that August also work for all counsel's trial calendar. The parties anticipate an 8-day trial.

The Court sets the final pretrial and jury trial.
Final pretrial will be held July 16, 2021 at 1:30 p.m.
Jury trial will be held August 16, 2021 at 8:30 a.m.