UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

ESTATE OF RUTH FREIWALD,
by Personal Representative Charles Freiwald, et al.,

        Plaintiffs,

v.                                                Case No. 18-C-896

ADEYEMI FATOKI, et al.,

        Defendants.

## MOTION OF ATTORNEY ARIEL OLSTEIN TO WITHDRAW
## AS COUNSEL FOR PLAINTIFFS

Attorney Ariel Olstein respectfully requests leave to withdraw his appearance as one of the attorneys of record for Plaintiffs in this case.

1. Mr. Olstein asserts as an officer of the court that he has good cause to withdraw from this case and that Plaintiffs will not be harmed by his withdrawal.

2. Plaintiffs retained attorneys Nicole Auerbach of Valorem Law Group and Dixon R. Gahnz of Lawton & Cates, S.C. to represent them in this lawsuit. Mr. Olstein was employed by Valorem Law Group and worked on the case while employed.

3. Mr. Olstein subsequently left Valorem Law Group and filed a new appearance through his new law firm, Chanen & Olstein. Mr. Olstein's work on the case has ended and he would like to withdraw his appearance.

4. Attorneys Auerbach and Gahnz, who are members of this Court's trial bar, will continue to actively represent Plaintiffs in this case. There will be no delay in the case as a result of the withdrawal.

WHEREFORE, Ariel Olstein respectfully requests the Court grant him leave to withdraw as one of the attorneys of record for Plaintiffs in this case.

Dated: July 2, 2021

Respectfully submitted,

/s/ *Ariel Olstein*

Ariel Olstein
CHANEN & OLSTEIN
7373 Lincoln Avenue, Suite 100
Lincolnwood, IL 60712
847-469-4669
Ariel@ChanenOlstein.com

## **CERTIFICATE OF SERVICE**

I certify that on July 2, 2021, I filed the attached ***Motion of Ariel Olstein to Withdraw as Counsel for Plaintiffs*** using the Court's Electronic Court Filing (ECF) system and that each counsel of record will be served a copy through the ECF system.

/s/ *Ariel Olstein*