## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

ESTATE OF RUTH FREIWALD
BY PERSONAL REPRESENTATIVE CHARLES FREIWALD, et al.,

PLAINTIFFS,

CASE NO: 18-CV-896

DEAN HEALTH PLAN, INC. and
PROGRESSIVE CASUALTY INSURANCE COMPANY,

INVOLUNTARY PLAINTIFFS,

v.

ADEYEMI FATOKI, M.D., et al.,

DEFENDANTS.

## PLAINTIFFS' FRCP RULE 26(a)(3) and CIVIL L. R. 16 (c)
## PRETRIAL REPORT

PLEASE TAKE NOTICE that pursuant to the provisions of Rule 26(a)(3) of the Federal

Rules of Civil Procedure, Local Rule 16(c) and the Court's Pretrial Order, the Plaintiffs, Estate of

Ruth Freiwald, Nathan Randall Fett, Meles Lee Teklay Fett, Zafu Ann Teklay Fett, Kalkidan Marie

Solomon Fett, Matthew John Fett, Seyaye Ellen Teklay Fett, Natinael Earl Solomon Fett, and

Brandon Charles Fett, by their attorneys, Lawton & Cates, S.C., by Attorney Dixon R. Gahnz  and

Valorem Law Group, L.P., by Attorney Nicole Nehama Auerbach, disclose the following information:

## A. PLAINTIFFS' STATEMENT OF THE CASE

On November 2, 2016, Ruth Freiwald stepped into the path of a truck in a suicide attempt while on work release from a sentence she was serving at the Brown County Jail's Work Release Center in Green Bay, Wisconsin. Ms. Freiwald's estate and her children ("Plaintiffs") filed this lawsuit against Correct Care Solutions LLC (CCS), the County's private health care provider for jail inmates, and three of CCS's employees, Dr. Adeyemi Fatoki and Nurses Jessica Jones and Emily Blozinski. Plaintiffs claim that Ms. Freiwald's death was caused by the defendants' deliberate indifference to Freiwald's serious medical needs in violation of her Eighth Amendment rights. Since the lawsuit was filed, defendants Brown County and Officer Dominic Peters settled with Plaintiffs. Plaintiffs have also dismissed their state law claims, opting to proceed at trial on the Section 1983 claims against the individual defendants and their *Monell* claims against CCS.

The focus at trial will be the care (or lack thereof) given to Ms. Freiwald by Defendants while she was incarcerated as a "Huber" inmate with privileges to leave jail for school and work. Notwithstanding a well-documented history of suicidal behavior (notably, Ms. Freiwald was in jail because of a suicide attempt 7 months earlier involving her car); diagnoses of mental health issues; a "suicide risk" assessment made upon intake by the jail's Offender Management System; a Suicide Screening Questionnaire and Initial Booking Report replete with evidence of mental health issues, recent psychiatric hospitalization and care, and other risk factors; and the provision of prescriptions of medications, including benzodiazepines, which were court-ordered for her to continue to take, Defendants withheld her medications cold-turkey in the absence of any medically-defensible rationale to do so, and in furtherance of a pattern and practice of CCS to

withhold crucial medications from inmates. Defendants then ignored repeated requests from Ms. Freiwald to provide her medication and monitor her, which written requests included evidence she was experience withdrawal symptoms, and they failed to monitor her despite knowing the dangers of cold-turkey withdrawal coupled with mental health and other suicide risks. Instead, Defendants acted in conformance with a contradictory contractual policy between CCS and Brown County that Huber inmates were responsible to obtain their own medical care, except that all medications had to be approved by the CCS-run Health Services Unit. To add injury to insult, despite withholding Ms. Freiwald's crucial medications, failing to examine, speak with her or monitor her in any manner whatsoever, Defendants also failed to withdraw her Huber privileges. Six days into her stay at the jail without her medication, she stepped into oncoming traffic and died days later.

Defendants deny the allegations against them, claiming that the decision to withhold Ms. Freiwald's medications was medically sound under the circumstances, that the Nurses were not in a position to order or influence whether she received her medication, and ultimately, that the withholding of medication and the nurses' conduct was not the proximate cause of her suicide.

Plaintiffs seek compensatory damages, punitive damages against the individual defendants, and the recovery of costs and attorneys' fees in accordance 42 U.S.C. Section 1988.

## B. PLAINTIFFS' STATEMENT OF THE ISSUES

1. Did Defendant Fatoki violate Ruth Freiwald's Eight Amendment rights by failing to provide adequate medical care for a serious medical need while she was incarcerated at Brown County Jail in Green Bay, Wisconsin from October 27, 2016 – November 2, 2016.

2. Did Defendant Nurse Jones violate Ruth Freiwald's Eight Amendment rights by failing to provide adequate medical care for a serious medical need while she was incarcerated at Brown County Jail in Green Bay, Wisconsin from October 27, 2016 – November 2, 2016.

3. Did Defendant Nurse Blozinski violate Ruth Freiwald's Eight Amendment rights by failing to provide adequate medical care for a serious medical need while she was incarcerated at Brown County Jail in Green Bay, Wisconsin from October 27, 2016 – November 2, 2016.

4. Did Correct Care Solutions, under a *Monell v. Department of Social Services* theory of liability, violate Ms. Freiwald's Eight Amendment rights by virtue of: (1) an express policy in the form of the "Huber policy" that caused her constitutional deprivation; (2) a widespread custom or practice in the form of a policy to improperly delay or withhold medications from inmates; and/or (3) was Ms. Freiwald's constitutional rights violated by Dr. Fatoki, who, as Regional Health Authority for CCS, was a person with final policymaking authority?

5. If yes, to any of the questions posed above, what compensatory damages are Plaintiffs entitled to from Defendants?

6. If yes to Questions 1-3, did any of Defendants Fatoki, Jones or Blozinski act with such wilful and wantonness or reckless of Ms. Freiwald's rights that punitive damages are warranted?

7. For any Defendant to whom the answer to Question 6 was "yes," what punitive damages are Plaintiffs entitled to from such individual Defendant?

## C.  NAMES AND ADDRESSES OF WITNESSES EXPECTED TO TESTIFY

Those witnesses with * after their name are represented and can be contacted through Plaintiffs' counsel.

1.  Charles Freiwald*
    23 Tamarack Lane
    Amherst, NH 03031

2.  Ann Freiwald*
    1826 Sheridan Street
    Madison, WI 53704

3.  Anthony Freiwald*
    3717 W. Marshall Street
    Manitowoc, WI 54220

4.  Nathan Randall Fett*
    7720 Gibraltar Ct N
    St. Petersburg, FL  33709

5.  Meles Lee Teklay Fett*
    1417 North Prospect Avenue #103
    Milwaukee, WI 53211

6.  Zafu Ann Teklay Fett*
    1657 Bedford Ave. Floor 3
    Brooklyn, NY 11225

7.  Kalkidan Marie Solomon Fett*
    7411 W. North Ave.
    Wauwatosa, WI  53213

8.  Matthew John Fett*
    5130 Expo Drive #103
    Manitowoc, WI 54220

9.  Seyaye Ellen Teklay Fett*
    2332 N. Oakland Ave.
    Milwaukee, WI 53211

10. Natinael Earl Solomon Fett*
    430 W. Main Street
    Madison, WI 53715

11. Brandon Charles Fett*
    410 Rushmore Lane #2
    Madison, WI 53711

12. Adeyemi Fatoki, M.D.
    Treatment Providers LLC
    2731 N. Packerland Drive Suite A
    Green Bay, WI 54303

13. Jessica Jones, RN
    c/o Correct Care Solutions, LLC
    1283 Murfreesboro Road Suite 500
    Nashville, TN 37217

14. Emily Blozinski, LPN
    c/o Correct Care Solutions, LLC
    1283 Murfreesboro Road Suite 500
    Nashville, TN 37217

15. Jessica Dennisen
    c/o Correct Care Solutions, LLC
    1283 Murfreesboro Road Suite 500
    Nashville, TN 37217

16. Andrew Walter -
    Correct Care Solutions
    1283 Murfreesboro Road
    Suite 500
    Nashville, TN
    **\*\*note: CCS' counsel has indicated that he is trying to ascertain if Mr. Walter, who lives in Colorado, will be unavailable at trial. Plaintiffs and CCS have agreed to hold off designating his deposition until CCS makes a final determination, no later than July 21, 2021.**

17. Dominic J. Peters
    Brown County Sheriff's Department
    2684 Development Drive
    Green Bay, WI 54311

18. Heidi Michel
    Brown County Sheriff's Department
    2684 Development Drive
    Green Bay, WI 54311

19. Debora Gryboski
    2592 Henisra Lane

6

Green Bay, WI 54304

20. Denise Zenko
    2283 Boardwalk Avenue
    Green Bay, WI 54311

21. Yogesh Pareek, M.D.
    Brown County Community Treatment Center
    3150 Gershwin Drive
    Green Bay, WI 54311

22. Stuart Sheets, M.D.
    Prevea Health
    P.O. Box 19070
    Green Bay, WI 54307

23. Kelly Schumacher
    Disability Services Office Manager
    Northeast Wisconsin Technical College
    2740 West Mason Street
    Green Bay, WI 54303

24. Julie Chapman
    Library Supervisor
    Northeast Wisconsin Technical College
    2740 West Mason Street
    Green Bay, WI 54303

25. Jon Teske, LPC
    Bellin Health Psychiatric Center
    3262 Eaton Road
    Green Bay, WI 54311

26. Jaymi Ninham
    2263 Preble Avenue
    Green Bay, WI 54302

27. John H. Greist, MD
    1517 Edgehill Drive
    Madison, WI 53705

28. Sue Ward, RN, MS
    N3798County Hwy F
    Montello, WI 53949

29. Dawn Vardis
    Prevea Health Behavioral Care
    2680 Vernon Drive
    Green Bay, WI 54307

30. Pamela Page
    Prevea Health
    P.O. Box 19070
    Green Bay, WI 54307

31. Erin Mae Green, M.D.
    St. Vincent's Hospital
    835 S. Van Buren Street
    Green Bay, WI 54301

32. John W. Mitchell
    Brown County Sheriff's Department
    2684 Development Drive
    Green Bay, WI 54311

33. Robert J. Weed
    Brown County Sheriff's Department
    2684 Development Drive
    Green Bay, WI 54311

Plaintiff reserves the right to call additional witnesses for rebuttal purposes.

8

### D. STATEMENT OF THE BACKGROUND OF ALL PLAINTIFFS' EXPERT WITNESSES LISTED

**John H. Greist, M.D**. is an Emeritus Professor – Psychiatry at University of Wisconsin School of Medicine and Public Health, an Affiliate Professor – Cell Biology and Neuroscience at Montana State University, and a Visiting Scholar, Department of Psychiatry at the University of Arizona College of Medicine. Dr. Greist has been involved in teaching and practicing psychiatry for over 40 years. He stopped seeing patients in 2015. He has authored numerous peer-reviewed articles and has conducted drug trials involving benzodiazepenes such as librium and valium. He has also conducted drug trials for gabapentin. Dr. Greist is currently working with the University of Montana to provide mental health services via computer to residents of Montana who would not otherwise have access to mental health services.

**Sue Ward, R.N.** obtained her Master of Science Degree in Health Care Management in 1986. She is a certified case manager and has worked in the nursing profession since 1973. Nurse Ward worked for Dodge Correctional Institute, Columbia Correctional Institute, and Mendota Mental Health Center. Nurse Ward was the director of review and program development for the Wisconsin Peer Review. Nurse Ward was adjunct faculty at Concordia University in health care management. Nurse Ward has provided expert opinions on behalf of correctional facilities and inmates on numerous occasions.

## E.  PLAINTIFFS' LIST OF EXHIBITS TO BE OFFERED AT TRIAL[1]

### MITCHELL DEPOSITION EXHIBITS

1      Documents reviewed by Lt. Mitchell prior to deposition

1A     Huber Law Information Sheet

1B     Signed Huber rules sheet

4      Huber Inmate Information Sheet

5      Receiving Screening

6      Jail Chart Audit Form

7      Suicide Watch Observation Log

8      Inmate Notebook regarding Ruth Freiwald

10     Order for Probation to DOC and Judgment of Conviction

11     Minute Sheet Continuation, Page 2 of 2

12     Screenshot of Release tab of jail OMS system

13     Screenshot for Grievances tab of jail OMS sheet

14     Inmate Commitment Summary Report from OMS created on 10/28/16

15     Inmate Commitment Summary Report from OMS

16     Suicide Screening Questionnaire

### BLOZINSKI DEPOSITION EXHIBITS

19     Emily Blozinski's resume

20     Student and Group Transcript Report for Emily J. Blozinski

---

[1] Counsel for the parties plan to meet and confer about exhibits on July 14. Once the Court rules on exhibits in dispute, the parties will prepare an exhibit list using the exhibit and witness List form located on the Court's website as directed by the Court's Pretrial Order [Dkt 144].

| 21 | Spreadsheet HSU Staff |
|----|------------------------|

21      Spreadsheet HSU Staff

22      Licensed Practical Nurse Job description

24      Booking Observation Report

25      Suicide Screening Questionnaire

26      Medication Verification Form

27      10/28/16 Inmate Request for Medical Care

28      10/30/16 Inmate Request for Medical Care

29      Medical Administration Record

30      Medication Order

31      CCS Policies & Procedure document re:  Timely Initiation of Medication Upon Arrival

32      CCS Policies & Procedure document re:  Medication Services

33      CCS Policies & Procedure document re:  Medication Administration Training

34      CCS Policies & Procedure document re:  Medication Verification

35      CNN article, "Please Help Me Before It's Too Late"

## **FATOKI DEPOSITION EXHIBITS**

38      Medication Verification Form

39      Brown County Sheriff's Department Jail Division – H16 – Assessment of Suicidal Risk/Management of Suicidal Inmate

40      Brown County Sheriff's Department Jail Division – H15a mental health

41      Brown County Sheriff's Department Jail Division – H8 – Acceptance and Verification of Medication

42      Brown County Sheriff's Department Jail Division – H7 – Medical Orders

43      CCS Policies & Procedures – Communications on Patients Health Needs

44      CCS Policies & Procedures – Receiving Screening

45      CCS Policies & Procedures – Psychiatric Services

46      CCS Policies & Procedures:  Suicide Prevention Program

47      Adeyemi Fatoki MD. MPH CV – Filed 6/12/15

48      Adeyemi Fatoki MD. MPH CV – Filed 3/3/17

49      Adeyemi Fatoki MD. MPH  CV

50      Brown County Standard Professional Services Contract – Attachment A – Scope of Work
        Effective January 1, 2014

51      Student and Group Transcript Report – Adeyemi Fatoki

52      Answers to Plaintiffs' First Set of Interrogatories to Defendant Adeyemi Fatoki, M.D.

53      Fatoki prior expert report (Foy v. City of Chicago)

54      Senno v. Department of Healthcare and Family Services

55      Complaint Jeffrey Heth v. LaSalle County, et al.

56      Complaint Gallenberger v. Brown County, et al.

57      Dr. Adeyemi Fatoki M.D., MPH – Great Heights

58      Pacer Case Locator – Party Search Results

**<u>JONES DEPOSITION EXHIBITS</u>**

59      Nurse Jones' resume

60      Printout of HealthStream training

61      HealthStream Student and Group Transcript Report

62      CIWA scale

63      Receiving Screening policy

64      Medical Training for Correctional Officers policy

65      Nurse Jones' interrogatory responses

**GOSSAGE DEPOSITION EXHIBITS**

73      Letter, from Attorney Jeff Scott Olson to Sheriff John R. Gossage, 11/10/16

**PETERS DEPOSITION EXHIBITS**

75      Brown County Position Description for correctional officer

76      Screenshots from the OMS system for Ruth Freiwald

**MICHEL DEPOSITION EXHIBITS**

76 A-X          Printouts from the OMS system

78      Amended Notice of Taking Videotaped Deposition Pursuant to Federal Rule of Civil
        Procedure 30(b)(6)

80      Booking Observation Report

173     Classification Main/Conclusion screenshot re:  Ruth Freiwald

181     Classification screenshots and Brown County Jail Inmate Classification Notice

**TIMRECK DEPOSITION EXHIBITS**

82      Brown County Jail EMP qualifications, rules, and regulations

**DR. JOHN GREIST DEPOSITION EXHIBITS**

86      Curriculum Vitae of Dr. Greist

87      2/28/19 Invoice

88      Email correspondence from Budzien

89      Typewritten notes

90      Email chain (not identified on record)

91      Articles

92      "A Computer Interview for Suicide-Risk Prevention"

93      2/25/19 report

94      Notice of Deposition

95      Freiwald Matter:  Testimony last four years

96      Handwritten notes on front of manila folders

97      Typewritten notes, all-inclusive

98      Note from review of nurse depositions

99      "Gabapentin selected Information 22 May '18"

## ANDREW WALTER DEPOSITION EXHIBITS

102    Deposition Notice

103    LinkedIn page

104    Brown County document – Seven Minutes to Save campaign, rapid response series, withdrawal, alcohol and benzodiazepine for corrections and securities staff

105    CCS 000019 and 20 – Correct Care Solutions policy and procedure;  Title:  OPS-100_A-01, Access to Care

106    CCS 000021 -23 – CCS policy called Responsible Health Authority, effective date March 2016

107    CCS 000024- 27 – Title:  Administrative Meetings and Reports, is effective March of 2016

108    CCS 000028-29 – Policies and Procedures, effective March 2016

109    CCS 000033-34 – Grievance Mechanism For Healthcare Complaints, effective March 2016

110    CCS 000048-51 – Initial Health Assessment, effective March of 2016

111    CCS 000052-55 – Mental Health Screening and Evaluation, effective March of 2016

112    CCS 000056-58 – Emergency Services, effective March of 2016

113    BS66 – BS68 – Chronic Disease Services policy for CCS, effective March 2016

114    Policy from CCS called patients with special needs, effective July of 2016

115    CCS 73 – 77 – Basic Mental Health Services Policy, effective August of 2016

116    Database of federal lawsuits that have been filed against Correct Care Solutions

117    February 17, 2017 article called Go to Jail, Dies From Drug Withdrawal from Mother Jones

118    Article in gazette.com dated November 26, 2018.  Title:  4.25 Million Settlement Reached in Fremont inmate's death

119    Article in Westword related to a number of lawsuits involving CCS

120    Associated Press News.com article entitled Many U.S. Jails Fail to Stop U.S. Suicides, dated June 18, 2019

121    Correct Care Solutions Redux:  Poor Medical Care Leads to More Death, Lawsuits – dated December 7, 2018

122    Grand Traverse County Jail mental health

123    Jail outcry draws county response, new questions

124    Denver Post article from November 27, 2018

125    Atlantic article called The Private Option – dated September 12, 2019

126    Article called medical concerns for jail inmates

**KELLY J. SCHUMACHER DEPOSITION EXHIBITS**

148    Letter dated 6/28/16 To Whom it May Concern from Dawn Vardis, LPC

149    Typewritten notes by Ms. Schumacher

150    NWTC incident report by Randy Schultz dates 11/2/2016

151    Typewritten notes by Ms. Schumacher

**DEBORA GRYBOSKI DEPOSITION EXHIBITS**

155    Email communication between Deb Gryboski and Ann Freiwald re:  "Time spent with Ruth"

**PAMELA M. PAGE, APNP DEPOSITION EXHIBITS**

156    Notice of Deposition for Pam Page

157    Prevea chart for Ruth Freiwald

**DAWN L. VARDIS DEPOSITION EXHIBITS**

15

159    Notice of Deposition for Dawn Vardis

**JULIE CHAPMAN DEPOSITION EXHIBITS**

160    Notice of Deposition of Julie Chapman

161    NWTC form entitled EMATCH

162    NWTC form entitled Part-Time New Hire Cover Sheet

163    NWTC form entitled Work-Study Authorization

164    Typewritten letter to Ann Freiwald from Julie Chapman

165    NWTC document entitled Criminal and Caregiver Background Check

166    Letter to Payroll at NWTC Library from Brown County Huber facility

167    NWTC Part-Time New Hire Sheet

**JOHN LOWRY– GTL, Global Tel*Link DEPOSITION EXHIBITS**

174    Deposition videotape notice

175    Deposition subpoena

176    DSI-ITI Offender Management System Participant Guide

177    Booking report

178    Bates No GTL 1 through 7, Suicide Risk Assessment Overview

**SUE WARD, R.N. DEPOSITION EXHIBITS**

192    Case Listing of Deposition and Court Testimony Dated November of 2019

193    Initial Report

194    Initial Notice for Deposition, Along with Document Production Rider

195    Copy of Amended Notice of Video Deposition, With Document Production Rider

196    Supplemental Report

197    Email Correspondence

| 198 | ANA Code of Ethics for Nurses |
| 199 | ANA Nursing Standards, Along With Some Written Correspondence, Fee Schedule, and Original Bill |
| 200 | Chapter N 6 and 7 of the Board of Nursing and DOC Policy |

**THOMAS D. FOWLKES, M.D. DEPOSITION EXHIBITS**

| 203 | Binder of materials belonging to Dr. Fowlkes |
| 204 | Report prepared by Dr. Fowlkes |
| 205 | Supplemental report prepared by Dr. Fowlkes |
| 206 | CIWA Assessment Scale for Benzodiazepines |
| 207 | PowerPoint presentation – "Benzodiazepines:  An Update" |
| 208 | Article – "Prescribing and Tapering Benzodiazepines" |
| 209 | Affidavit of Dr. Thomas Fowlkes |

**KIMBERLY PEARSON, RN DEPOSITION EXHIBITS**

| 216 | Report |
| 217 | Supplemental Report |
| 218 | Westlaw case |
| 219 | General request form |
| 220 | Email |
| 221 | Article |
| 222 | Huber laws, rules, regulations |
| 223 | Article |

**A.E. DANIEL, M.D. DEPOSITION EXHIBITS**

| 224 | Dr. Daniel's CV |
| 225 | Dr. Daniel's website |

17

226    Dr. Daniel's Professional Opinions and Conclusions

227    J-G-02 43

228    J-E-02 46

229    Lawyer Monthly article

230    J-E-07119

**ALFRED JOSHUA, M.D. DEPOSITION EXHIBITS**

237    CV

238    Cases Involving Deposition or Trial Testimony

239    List of Cases

240    Report by Alfred Joshua, M.D.

241    Supplemental Expert Report

**ADDITIONAL EXHIBITS**

- Email string Nov. 2019 – Dec. 2019– "Requests in lieu of additional 30-b-6 deposition on issue of training"

- Email from Andy Roth and sick call spreadsheets from 10/25-11/7

- John H. Greist, M.D. supplemental report dated 12/12/19

- Ward CV

- Autopsy

- Toxicology Report

- Sentencing Transcript – 10/27/16 (Dkt No. 87-6)

- Bates No.  Backpack 000013-000016

- Certain Audio of Calls Produced by Brown County and Produced by Plaintiffs in Rule 26 Disclosure as Brown Cty Sheriff Dept Bates No. 000426:

- o **Filename:** **11._10.94.0.21-0c7d16670a5e001521fd354450138a8f**
- o **Filename:** **12._10.94.0.21-0d34bbbc0a5e001521fd354482664397**
- o **Filename:** **22._10.96.0.21-133158540a6000156cf71784b1845a8b**
- o **Filename:** **14._10.94.0.21-1685b1c50a5e001521fd354452a7bb26**
- o **Filename:** **13._10.94.0.21-17c0e0f30a5e001521fd35440d19cedb**
- o **Filename:** **24._10.97.0.21-182b8d730a6100154fb816830b7bceb9**
- o **Filename:** **9._10.93.0.21-1880b60e0a5d0015734a81fbcd50f5fc**
- o **Filename:** **23._10.97.0.21-1b5eff1b0a6100154fb81683efd1d584**
- o **Filename:** **3._10.91.0.21-1b3002160a5b001543523784182a2295**
- o **Filename:** **8._10.93.0.21-22d00a150a5d0015734a81fb72b56155**

- 2015-08-13– Photo

- 2015-08-20 (1) – Photo

- 2015-08-20 (2) - Photo

- 2015-09-12 Manitowoc (1) - Photo

- 2015-09-12 Manitowoc (2) – Photo

- 2015-09-12 Manitowoc (3) – Photo

- 2015-11-16 – Photo

- 2015-12-21– Photo

- 2016-05-07– Photo

- 2016-06-05– Photo

- Bates No. Phone 34 produced by Plaintiffs on October 25, 2019 – October 23, 2016 video;

Voicemails:

- Bates No. Phone 38 produced by Plaintiffs on October 25, 2019

- Bates No. Phone 39 produced by Plaintiffs on October 25, 2019

- Bates No. Phone 40 produced by Plaintiffs on October 25, 2019

- Bates No. Phone 41 produced by Plaintiffs on October 25, 2019

- Bates No. Phone 43 produced by Plaintiffs on October 25, 2019

- Bates No. Phone 44 produced by Plaintiffs on October 25, 2019

- Bates No. Phone 1-4, 6-14, 17 produced by Plaintiffs on October 25, 2019

- Ruth Freiwald's backpack and its contents

- Ruth Freiwald's brown bag from Brown County Jail and contents

- Bates No. Text Email 29-33

- Bates No. Text Email 34-75

- Bates No. Text Email 82

- Bates No. Text Email 84

- Bates No. Text Email 89-91

- Bates No. Text Email 91-92

- Bates No. Text Email 99-100

- Bates No. Text Email 102-103

- Bates No. Phone 27 - Photo

- Bates No. Phone 30 - Photo

- Bates No. Phone 29 - Photo

20

- Bates No.  Phone 32 - Photo

- Bates No.  Phone 33 - Photo

- Call log from Ann Freiwald (Ann Call Log 1-3)

- Certified Judgment of Conviction and Order

- Death Certificate (Death Cert. 1-2)

- Funeral Bill (FUNERAL 1)

- Green Bay Metro Fire Department Ambulance Bill (DOS:  11/2/16) (GB Amb 1-2)

- St. Vincent Hospital Bills (DOS:  11/2/16-11/6/16) (St. Vincent Bills 1-11)

- Green Bay Plastic Surgical Associates, S.C. Bills (GBPSA 1-2)

- Prevea Health bills (Prevea Bills 1-3)

- Green Bay Anesthesiology Assoc., S.C. Bills (GB Anethes 1-2)

- Infinity Healthcare Physicians Bills (Infinity Bills 1-2)

- Green Bay Radiology Bills (GB Radiology 1-18)

- St. Vincent Hospital Medical Records (DOS:  1/15/16-11/6/16) (St. Vincent Hosp 1-492)

- St. Vincent Hospital Medical Records, certified 2/20/19 (St. Vincent Hosp 493-2077)

- Prevea Health Medical Records (DOS:  2/17/16 – 10/18/16) (Prevea Health 1-88)

- Brown County Community Treatment Center Medical Records (DOS:  2/9/16-2/12/16) (BC Comm Treat Cntr 1-14)

- Bellin Health Medical Records (DOS:  3/3/14 – 2/20/15)  (Bellin Health 1-5)

- Denial for Electronic Monitoring (Dkt 87-15)

- Affidavit of Jaymi Ninham attached to Summary Judgment Motion

- Dkt 154-13 – *Braxton v. Outagamie County, et al*. Complaint

- Dkt 154-14 – *Brooks v. Brown County Sheriff's Dept. Jail Division, et al.* Complaint

- Dkt 154-15 – *Knickerbocker v. Blozinski, et al.* Complaint

- Dkt 154-16 – *Troutman v. Louisville Metro Department of Corrections, et al.* Complaint

- Dkt 154-17 – *Gallenberger v. Brown County, et al.* Complaint

- A-10 Patient Death  (CCS 327-334)

- B-02 Patient Safety (CCS 345-345)

- C-09 Orientation of Health Staff (CCS 383-386)

- D-10D Controlled Substances Accountability (CCS 407-417)

- E-7 Nonemergency Health Care Requests (CCS 473-475)

- E-12 Continuity and Coordination of Care during incarceration (CCS 495-500)

- G-06 Patients with Alcohol and Other Drug Problems  (CCS 579-81)

- G-07 Intoxication and Withdrawal (CCS 590-593)

- Huber rules (Brown Cty Sheriff Dept 66-67)

- Training of CCS – Fatoki (CCS 641, 652-656)

- Training of CCS – Blozinski (CCS 642-657-661)

- Training of CCS – Jones (CCS 643, 647-651)

- Training of CCS – Denissen (CCS 644-646)

- 1973 article – Article:  A Computer Interview for Suicide-Risk Prediction, Am J Psychiatry 130:12, December 1973

- Clinical Neuroscience article – Article:  Predictive Value of Baseline Electronic Columbia-Suicide Severity Rating Scale (eC-SSRS) Assessments for Identifying Risk of Prospective Reports of Suicidal Behavior During Research Participation, Innovations in Clinical Neuroscience, Volume 11, Number 9-10, September-October 2014

- Max Hamilton Depression scale – Article: A Rating Scale for Depression by Max Hamilton, J. Neurol. Neurosurg. Psychiat.,1960, 23, 56

- A new depression scale – Article: A New Depression Scale Designed to be Sensitive to Change by Stuart A. Montgomery and Marie Asberg, Brit. J. Psychiat. (1979), 134, 382-9

- Inventory of Depressive Symptomology – Article: The Inventory of Depressive Symptomatology (IDS): psychometric properties, Psychological Medicine, 1996, 26, 477-486

- Time Related Predictors of Suicide in Major Affective Disorder – Article: Time-Related Predictors of Suicide in Major Affective Disorder, Am J Psychiatry 147:9, September 1990

- Highlights of Prescribing Neurontin (gabapentin)

- Withdrawal Symptoms After Gabapentin Discontinuation

- Klonopin Tablets – FDA Approved Labeling Text October 2013/FDA Approved MG Text October 2013

- DailyMed clonazepam

- 2016 American Addictions Centers Website – Clonazepam Withdrawal Symptoms, Length, and Treatment

- CCS Records (Dkt 91-1)(Bates HRVA CCS 000001-18)

- FDA Document on Clonzepam (Dkt No. 91-17)

- Declaration of Fatoki (Dkt No. 93)

- Article: Corrections and Suicide (Dkt 107-13)

- Article: Preventing Suicide in Prison: A Collaborative Responsibility of Administrative, Custodial, and Clinical Staff by Anasseril E. Daniel, MD, J AM Acad Psychiatry Law 34:165-75, 2006

- Brown County Training materials regarding benzodiazepine withdrawal (Dkt 108-2)

**F. PLAINTIFFS' DESIGNATION OF ALL DEPOSITIONS OR PORTIONS OF TRANSCRIPTS OR OTHER RECORDINGS OF DEPOSITIONS TO BE READ INTO THE RECORD OR PLAYED AT TRIAL AS SUBSTANTIVE EVIDENCE**

**1. JOHN LOWRY - Plaintiff's Designations**

| Page:Line | Objections |
|---|---|
| 5:16-23 | |
| 6:1-9 | |
| 6:13-20 | |
| 11:7-23 | |
| 12:5-10 | |
| 12:12-20 | |
| 13:6-9 | |
| 14:2-12 | |
| 17:1-20 | |
| 18:1-6 | |
| 20:12-13 | |
| 20:18-23 | |
| 21:1-10 | |
| 22:19-23 | |
| 23:1-23 | |
| 24:1-5 | |
| 37:8-11 | |

**2. AUDIO OF CALLS PRODUCED BY BROWN COUNTY AND PRODUCED BY PLAINTIFFS IN RULE 26 DISCLOSURES AS BROWN CTY SHERIFF DEPT BATES NO. 000426 - Plaintiffs' Designations**

Plaintiffs intend to play the portions that are designated below. Copies of the transcripts have been provided to counsel with designated portions highlighted.

**Plaintiff's Designations**

| Filename: | 11._10.94.0.21-0c7d16670a5e001521fd354450138a8f |
|---|---|
| **Page-Time** | **Objections** |
| 1-1:52 | |
| | |

| Filename: | 12._10.94.0.21-0d34bbbc0a5e001521fd354482664397 |
|---|---|

24

| Page-Time | Objections |
|---|---|
| 1- 3:09 | |
| 1- 3:10 | |
| 1- 3:12 | |
| 1- 3:18 | |
| 1- 3:32 | |
| 1- 4:16 | |
| 2- 4:55 | |
| 3-7:01` | |
| 3-7:07 | |
| 3-7:44 | |
| 3-7:47 | |
| 3-7:51 | |
| 3-8:02 | |
| 3-8:10 | |
| 4-8:12 | |
| 4-8:24 | |
| 4-8:26 | |
| 4-8:28 | |
| 4-8:34 | |

| Filename: | 22._10.96.0.21-133158540a6000156cf71784b1845a8b |
|---|---|
| **Page-Time** | **Objections** |
| 1-00:46 | |
| 2-3:37 | |
| 2-3:48 | |
| 2-3:50 | |
| 3-4:19 | |
| 3-4:23 | |
| 3-4:28 | |
| 3-4:41 | |
| 3-4:46 | |
| 3-4:49 | |
| 4-6:04 | |
| 4-6:12 | |
| 4-6:23 | |
| 4-6:24 | |
| 4-6:26 | |
| 4-6:27 | |
| 4-6:31 | |
| 4-6:35 | |
| 4-6:36 | |
| 4-6:37 | |
| 5-6:37 | |

Case 1:18-cv-00896-WCG    Filed 07/09/21    Page 25 of 36    Document 184

| Page-Time | Objections |
|---|---|
| 7-10:49 | |
| 7-11:13 | |
| 7-11:15 | |
| 7-11:27 | |
| 7-11:28 | |
| 8-11:42 | |
| 8-11:48 | |
| 8-11:48 | |
| 8-11:50 | |
| 8-11:59 | |
| 8-11:59 | |
| 8-12:05 | |
| 10-15:23 | |
| 10-15:25 | |
| 10-:15-25 | |
| 10-15:26 | |
| 10-15:26 | |
| 10-15:27 | |
| 10-15:28 | |

| Filename: | 14._10.94.0.21-1685b1c50a5e001521fd354452a7bb26 |
|---|---|
| Page-Time | Objections |
| 1-2:08 | |
| 1-2:09 | |
| 1-2:13 | |
| 1-2:13 | |
| 1-2:32 | |
| 1-2:33 | |
| 1-2:40 | |
| 1-2:40 | |
| 1-2:43 | |
| 1-2:53 | |
| 1-3:35 | |
| 1-3:35 | |
| 2-3:53 | |
| 2-3:55 | |
| 2-4:15 | |
| 2-4:17 | |
| 2-4:23 | |
| 2-4:51 | |
| 2-4:52 | |
| 2-4:52 | |
| 2-4:55 | |
| 2-4:57 | |

| | |
|---|---|
| 2-4:57 | |
| 3-5:27 | |
| 3-5:28 | |
| 3-5:34 | |
| 3-5:38 | |
| 3-5:39 | |
| 3-5:42 | |
| 3-5:45 | |
| 3-6:10 | |
| 3-6:34 | |
| 3-6:37 | |
| 4-7:34 | |
| 4-7:35 | |
| 4-7:41 | |
| 4-7:51 | |
| 4-7:52 | |
| 4-8:06 | |
| 4-8:14 | |
| 4-8:16 | |
| 4-8:17 | |
| 5-8:35 | |
| 6-11:10 | |
| 6-11:12 | |
| 6-11:19 | |
| 6-11:22 | |
| 7-11:56 | |
| 7-12:19 | |
| 7-12:38 | |
| 7-13:02 | |
| 7-13:03 | |
| 7-13:11 | |
| 8-13:12 | |
| 8-13:15 | |
| 8-13:16 | |
| 8-13:31 | |
| 8-13:32 | |
| 8-13:33 | |
| 8-13:36 | |
| 8-13:55 | |
| 8-13:56 | |
| 8-14:02 | |
| 8-14:04 | |
| 8-14:11 | |
| 8-14:18 | |
| 9-15:26 | |

| 9-15:32 | |
| --- | --- |

| Filename: | **13._10.94.0.21-17c0e0f30a5e001521fd35440d19cedb** |
| --- | --- |
| **Page-Time** | **Objections** |
| 1-00:45 | |
| 2-1:58 | |
| 2-2:02 | |
| 2-3:05 | |
| 2-3:08 | |
| 3-3:12 | |
| 3-3:30 | |
| 3-3:32 | |
| 3-3:34 | |
| 3-4:00 | |
| 3-4:02 | |
| 3-4:20 | |
| 3-4:22 | |
| 3-4:23 | |
| 3-4:29 | |
| 4-4:36 | |
| 5-6:58 | |
| 6-8:11 | |
| 6-8:45 | |
| 6-8:46 | |
| 6-9:01 | |
| 6-9:02 | |
| 6-9:04 | |
| 6-9:08 | |
| 6-9:11 | |
| 6-9:12 | |
| 6-9:15 | |
| 7-10:04 | |
| 7-10:28 | |
| 7-10:32 | |
| 7-10:36 | |
| 7-10:37 | |

| Filename: | **24._10.97.0.21-182b8d730a6100154fb816830b7bceb9** |
| --- | --- |
| **Page-Time** | **Objections** |
| 1-00:50 | |
| 1-00:53 | |
| 1-1:26 | |
| 1-1:29 | |

| | |
|---|---|
| 1-1:32 | |
| 1-1:41 | |
| 1-1:53 | |
| 1-2:00 | |
| 1-2:01 | |
| 1-2:02 | |
| 1-2:05 | |
| 2-2:06 | |
| 2-2:10 | |
| 2-2:14 | |
| 2-2:19 | |
| 2-2:20 | |
| 2-2:26 | |
| 2-2:29 | |
| 2-2:32 | |
| 2-2:35 | |
| 2-2:50 | |
| 2-2:52 | |
| 2-2:53 | |
| 2-3:04 | |
| 2-3:08 | |
| 2-3:09 | |
| 3-3:25 | |
| 3-3:31 | |
| 3-3:35 | |
| 3-3:43 | |
| 3-3:52 | |
| 3-4:11 | |
| 3-4:12 | |
| 3-4:14 | |
| 3-4:19 | |
| 3-4:23 | |
| 3-4:39 | |
| 3-5:02 | |
| 3-5:04 | |
| 4-5:16 | |
| 4-5:19 | |
| 4-7:33 | |
| 4-7:47 | |
| 5-8:22 | |
| 5-8:25 | |
| 5-8:44 | |
| 5-8:57 | |
| 5-9:02 | |
| 5-9:05 | |

Case 1:18-cv-00896-WCG    Filed 07/09/21    Page 29 of 36    Document 184

| | |
|---|---|
| 5-9:18 | |
| 6-9:34 | |
| 6-9:40 | |
| 6-9:45 | |
| 6-9:59 | |
| 6-10:01 | |
| 6-10:10 | |
| 6-10:16 | |
| 6-10:21 | |
| 6-10:27 | |
| 6-10:30 | |
| 6-10:46 | |
| 6-10:50 | |
| 7-10:52 | |
| 7-11:02 | |
| 7-11:09 | |

| Filename: | 9._10.93.0.21-1880b60e0a5d0015734a81fbcd50f5fc |
|---|---|
| **Page-Time** | **Objections** |
| 1-00:48 | |
| 1-00:49 | |
| 1-00:54 | |
| 1-00:55 | |
| 1-1:11 | |
| 1-1:12 | |
| 1-1:14 | |
| 1-1:18 | |
| 1-1:21 | |
| 1-1:26 | |
| 1-1:29 | |
| 1-1:44 | |
| 1-1:45 | |
| 1-1:53 | |
| 1-1:56 | |
| 2-2:04 | |
| 2-2:18 | |
| 2-2:20 | |
| 2-2:28 | |
| 2-2:29 | |
| 2-3:04 | |
| 2-3:32 | |
| 2-3:35 | |
| 3-4:09 | |
| 3-4:12 | |

| Page-Time | |
|---|---|
| 3-4:41 | |
| 3-4:45 | |
| 3-4:46 | |
| 3-4:49 | |
| 4-7:14 | |
| 5-7:26 | |
| 5-7:28 | |
| 5-7:29 | |
| 6-9:02 | |
| 6-9:15 | |
| 6-9:20 | |
| 6-9:27 | |
| 6-9:36 | |
| 6-9:37 | |
| 6-9:46 | |
| 6-9:47 | |
| 6-9:49 | |
| 6-9:50 | |

| **Filename:** | **23._10.97.0.21-1b5eff1b0a6100154fb81683efd1d584** |
|---|---|
| **Page-Time** | **Objections** |
| 1-00:46 | |
| 1-00:54 | |
| 1-1:07 | |
| 1-1:08 | |
| 1-1:15 | |
| 1-1:17 | |
| 1-1:18 | |
| 1-1:25 | |
| 1-1:26 | |
| 1-1:31 | |
| 1-1:37 | |
| 1-1:38 | |
| 1-1:43 | |
| 2-1:51 | |
| 2-1:59 | |
| 2-2:09 | |
| 2-2:11 | |
| 2-2:40 | |
| 2-2:42 | |

| **Filename:** | **3._10.91.0.21-1b3002160a5b001543523784182a2295** |
|---|---|
| **Page-Time** | **Objections** |

| | |
|---|---|
| 1-2:11 | |
| 1-2:14 | |
| 1-2:15 | |
| 1-2:31 | |
| 1-2:40 | |
| 2-2:53 | |
| 2-2:54 | |
| 2-2:58 | |
| 2-2:59 | |
| 2-3:03 | |
| 2-3:07 | |
| 2-3:08 | |
| 2-3:14 | |
| 2-3:16 | |
| 2-3:18 | |
| 2-3:25 | |
| 2-3:28 | |
| 2-3:32 | |
| 2-3:36 | |
| 2-3:58 | |
| 2-4:01 | |
| 3-4:01 | |
| 3-4:10 | |
| 3-4:14 | |
| 3-4:15 | |
| 3-4:18 | |
| 3-4:19 | |
| 3-4:27 | |
| 3-4:29 | |
| 3-4:30 | |
| 3-4:33 | |
| 3-4:43 | |
| 3-4:45 | |
| 3-4:47 | |
| 3-4:49 | |
| 3-4:56 | |
| 3-4:57 | |
| 4-5:11 | |
| 4-5:14 | |
| 4-5:18 | |
| 4-5:19 | |
| 4-5:21 | |
| 4-5:22 | |
| 4-5:28 | |
| 4-5:29 | |

| 4-5:31 | |
|--------|--|
| 4-5:54 | |
| 5-6:37 | |
| 5-6:43 | |
| 5-6:50 | |
| 5-6:51 | |

| Filename: | 8._10.93.0.21-22d00a150a5d0015734a81fb72b56155 |
|-----------|--------------------------------------------------|
| **Page-Time** | **Objections** |
| 1-00:47 | |
| 1-00:59 | |
| 1-1:00 | |
| 1-1:20 | |
| 1-1:23 | |
| 1-1:25 | |
| 1-1:27 | |
| 1-1:54 | |
| 1-1:58 | |
| 2-1:59 | |
| 2-2:02 | |
| 2-2:04 | |
| 3-3:19 | |
| 3-3:24 | |
| 3-3:25 | |
| 3-3:27 | |
| 3-3:28 | |
| 3-3:32 | |
| 3-3:36 | |
| 3-3:42 | |
| 3-3:43 | |
| 3-3:45 | |
| 3-3:46 | |
| 3-3:47 | |
| 3-3:50 | |
| 4-3:54 | |
| 4-3:56 | |
| 4-4:16 | |
| 4-5:03 | |
| 4-5:14 | |
| 5-5:15 | |
| 5-5:17 | |
| 5-5:18 | |
| 5-5:25 | |
| 5-5:30 | |

| | |
|---|---|
| 10-11:27 | |
| 10-12:22 | |
| 10-12:23 | |
| 10-12:37 | |
| 10-12:38 | |
| 11-13:01 | |

**3. AUDIO/VIDEO PRODUCED BY PLAINTIFFS ON 10/25/2019 – Plaintiffs' Designations**

Plaintiffs intend to play/show the video dated 10/23/16 and marked as Bates No. 34 which was produced by Plaintiffs on October 25, 2019.

Plaintiffs intend to play the voicemails marked as Bates No. 38, 39, 40, 41, 43 and 44 which were produced by Plaintiffs on October 25, 2019.

Plaintiffs reserve the right to play other portions of these or other audios/videos that Defendants' intend to use in rebuttal or as part of the rule of completeness.

## G. ESTIMATE OF THE TIME NEEDED TO TRY THE CASE

Plaintiffs have requested agreement that all witnesses, including the parties, be called only once during the trial. Defendants have agreed to this for third-party witnesses, but disagree that if a Defendant is called adversely in Plaintiffs' case, that he or she cannot be called again in Defendants' case. A determination on this issue will impact the time needed to try the case. Similarly, if Defendants' motion in limine requiring Plaintiffs to call all underlying providers rather than use the medical records without the providers, then the amount of time Plaintiffs need for their case will be extended.

Plaintiffs currently expect to rest their case at the close of business Friday, August 27 but if all witnesses are only called once, then they expect to close their case by close of business August 30.

## H. PROPOSED VOIR DIRE QUESTIONS; PROPOSED INSTRUCTIONS ON SUBSTANTIVE ISSUES; AND PROPOSED VERDICT FORM

  **i.**   **PLAINTIFFS' PROPOSED *VOIR DIRE* QUESTIONS - Attached as Exhibit A.**

  **ii.**   **PLAINTIFFS' PROPOSED JURY INSTRUCTIONS ON SUBSTANTIVE ISSUES – Attached as Exhibit B.**

  **iii.**   **PLAINTIFFS' PROPOSED VERDICT FORM – Attached as Exhibit C.**

**I.** Plaintiffs provided a list of proposed stipulations to all parties on June 10, 2021 (see **Exhibit D**) and followed up several times to determine if the parties agreed to them. On July 8, 2021, CCS' counsel indicated agreement to some of the proposed stipulations, as reflected in an email from Andy Roth, attached as **Exhibit E**. Dr. Fatoki's counsel notified Plaintiffs' counsel that she had not had time to provide responses to the proposed stipulations but would do so, however, as of 3:15 pm on July 9 when this pretrial report was completed, had not provided the responses. She did, however, indicate her agreement to stipulate that Defendants were acting under "color of law" as Plaintiffs' had requested by separate email to the parties. CCS' counsel has not weighed in on the "color of law" stipulation as of this filing.

Dated: __7/9/21__

**Attorneys for Plaintiffs**
LAWTON & CATES, S.C.

*/s/ Dixon R. Gahnz*
Dixon R. Gahnz, SBN: 1024367
345 W. Washington Ave., Suite 201
P.O. Box 2965
Madison, WI 53701
P: (608) 282-6200
F: (608) 282-6252
dgahnz@lawtoncates.com


**Attorneys for Plaintiffs**
VALOREM LAW GROUP

/s/ *Nicole N. Auerbach*
Nicole N. Auerbach, SBN: 6217095
218 N. Jefferson Street, Suite 300
Chicago, IL 60661
P: (312) 676-5460
F: (312) 676-5499
Nicole.auerbach@valoremlaw.com