UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

ESTATE OF RUTH FREIWALD, et al.,

      Plaintiffs,

v.                      Case No. 18-C-896

ADEYEMI FATOKI,

      Defendant.

## SPECIAL VERDICT

We the jury, for our Special Verdict, answer the questions submitted to us as follows:

**Question 1.** Was Dr. Fatoki deliberately indifferent to the serious medical needs of Ruth Freiwald in violation of the Eighth Amendment?

ANSWER: Yes _____ No __X__

*If you answered "Yes" to Question 1, then answer Questions 2 and 3. If you answered "No" to Question 1, do not answer any other questions.*

**Question 2.** Was Dr. Fatoki's deliberate indifference a cause of Ruth Freiwald pain and suffering before her death?

ANSWER: Yes _____ No _____

*Continue to Question 3.*

**Question 3.** Was Dr. Fatoki's deliberate indifference a cause of Ruth Freiwald's death?

ANSWER: Yes _____ No _____

*If you answered "yes" to Question 2, then answer this question:*

**Question 4.** What sum of money will reasonably and fairly compensate the Estate of Ruth Freiwald for Ruth Freiwald's physical and mental suffering caused by Dr. Fatoki's deliberate indifference?

ANSWER: $_____.

*If you answered "yes" to Question 3, then answer Questions 5, 6, and 7. If you answered Question 3 "no", do not answer those questions.*

**Question 5.** What sum of money will reasonably and fairly compensate the Estate of Ruth Freiwald for Ruth Freiwald's medical bills?

ANSWER: $156,372.00.

*Continue to Question 6.*

**Question 6.** What sum of money will reasonably and fairly compensate the Estate for Ruth Freiwald's loss of life and the enjoyment thereof?

ANSWER: $_____.

*Continue to Question 7.*

**Question 7.** What sum of money will reasonably and fairly compensate the children of Ruth Freiwald for the loss of society and companionship of their mother?

ANSWER: $_____.

*If you answered either Question 2 or Question 3 "yes", then answer Question 8.*

**Question 8.** Was Dr. Fatoki's deliberate indifference malicious or in reckless disregard of Ruth Freiwald's rights?

ANSWER: Yes _____    No _____

*If you answered Question 8 "yes," then answer Question 9. If you answered Question 8 "no," do not answer any more questions.*

**Question 9.** What amount, if any, do you award as punitive damages against Adeyemi Fatoki?

ANSWER: $_____.

Dated at Green Bay, Wisconsin this 31 day of August, 2021.

_____
Jury Foreperson

3